No. 73–300. SAXBE, ATTORNEY GENERAL, ET AL. *v.* BUSTOS ET AL.; and

No. 73–480. CARDONA ET AL. *v.* SAXBE, ATTORNEY GENERAL, ET AL. C. A. D. C. Cir. Certiorari granted. Cases consolidated and a total of one hour allotted for oral argument.. Reported below: 156 U. S. App. D. C. 304, 481 F. 2d 479.

No. 73–507. HAMLING ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari granted. Case set for oral argument with No. 73–557 [*Jenkins* v. *Georgia,* probable jurisdiction noted, *ante,* p. 1090].

No. 72–1107. BERBLING ET AL. *v.* LITTLETON ET AL. C. A. 7th Cir. Certiorari denied.

No. 73–560. CHINESE MARITIME TRUST, LTD. *v.* PANAMA CANAL CO. C. A. 2d Cir. Certiorari denied.

No. 73–566. BAUER *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 73–676. INDUSTRIAL LIFE INSURANCE CO. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 73–683. BRASWELL MOTOR FREIGHT LINES, INC. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.